Court of Criminal Appeals of Texas.
Feb. 25, 1953.

## Ex parte LEWIS.
### No. 26284.

Court of Criminal Appeals of Texas.
Feb. 25, 1953.

No attorney on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

**MORRISON, Judge.**

This is an appeal from an order of the Judge of the Criminal District Court No. 2 of Dallas County remanding appellant to the custody of the Sheriff of Dallas County for delivery to the agent of the State of Oklahoma.

No statement of facts or bills of exception accompany the record.

The proceedings appearing regular and no error being apparent, the judgment of the trial court is affirmed.